# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARK A. MILLER, | : | No. 409 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (HALSTED COMMUNICATIONS | : | |
| LTD), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.